UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL NESHEWAT, M.D. AND
SHAM GUPTA, M.D.

        Plaintiffs                  Civil Action No. 05-74537
                                           Judge Anna Diggs Taylor
                                           Magistrate Judge Steven D. Pepe

V.

OAKWOOD HEALTHCARE, INC.,
OAKWOOD HOSPITAL AND MEDICAL CENTER-
DEARBORN MEDICAL STAFF, OAKWOOD
HOSPITAL AND MEDICAL CENTER-DEARBORN
CREDENTIALING COMMITTEE, OAKWOOD
HOSPITAL-DEARBORN, BOARD OF TRUSTEES OF
OAKWOOD HOSPITAL AND MEDICAL CENTER,
GERALD FITZGERALD, ALAN DOBZYNIAK, M.D.,
YASSER HAMMOUD, M.D., KAREN CHAPEL, M.D.,
J. JOSEPH DIEDERICH, AND JOHN DOES 1-10.

        Defendants

| | |
|---|---|
| KOTZ, SANGSTER, WYSOCKI AND BERG, P.C. | DYKEMA GOSSETT PLLC |
| DANIEL J. MCGLYNN (P47678) | HOWARD B. IWREY |
| Attorneys for Plaintiffs | Attorney for Defendants |
| 400 Renaissance Center, Suite 2555 | 400 Renaissance Center, |
| Detroit, MI 48243 | Detroit, MI 48243 |
| (313) 259-8300 | (313) 568-6800 |

### ORDER OF DISMISSAL OF DEFENDANT KAREN CHAPEL, M.D.

At a session of said Court held in the
County of Wayne, City of Detroit, Michigan

On: FEBRUARY 23, 2006

PRESENT: HON. ANNA DIGGS TAYLOR
                    UNITED STATES DISTRICT JUDGE

Having been advised that Plaintiff unilaterally wishes to dismiss Defendant Karen

Chapel, M.D. based upon mistaken identity, and being further advised that Defendant Karen

Chapel, M.D. has not been served process and has not filed an Answer to Plaintiffs' Complaint, and otherwise being fully advised in the premises;

IT IS HEREBY ORDERED that Plaintiffs' claims in the instant suit as alleged against Defendant Karen Chapel, M.D. are hereby dismissed in their entirety with prejudice.

IT IS SO ORDERED.


DATED: February 23, 2006               s/Anna Diggs Taylor
                                       ANNA DIGGS TAYLOR
                                       UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Order* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **February 23, 2006.**

                                       s/Johnetta M. Curry-Williams
                                       Case Manager