**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MICHAEL NESHEWAT, M.D. and SHAM
GUPTA, M.D.,

      Plaintiffs,                    Case No. 2:05-CV-74537

vs.                                    Honorable Anna Diggs Taylor

OAKWOOD HEALTHCARE, INC.,
OAKWOOD HOSPITAL AND MEDICAL
CENTER – DEARBORN MEDICAL
STAFF, OAKWOOD HOSPITAL AND
MEDICAL CENTER – DEARBORN
CREDENTIALING COMMITTEE,
OAKWOOD HOSPITAL-DEARBORN,
BOARD OF TRUSTEES OF OAKWOOD
HOSPITAL AND MEDICAL CENTER,
GERALD FITZGERALD, ALAN
DOBZYNIAK, M.D., YASSER
HAMMOUD, M.D., KAREN CHAPEL,
M.D., J. JOSEPH DIEDERICH AND JOHN
DOES 1-10,

      Defendants.

---

| | |
|---|---|
| Daniel J. McGlynn (P47678) | Howard B. Iwrey (P39635) |
| Kotz, Sangster, Wysocki and Berg, P.C. | Dykema Gossett PLLC |
| Attorneys for Plaintiffs | Attorneys for Defendants Oakwood Healthcare, |
| 400 Renaissance Center | Inc., Gerald Fitzgerald, Alan Dobzyniak, M.D., |
| Suite 2555 | Yasser Hammoud, M.D. and J. Joseph Diederich |
| Detroit, MI 48243 | 39577 Woodward Avenue, Suite 300 |
| (313) 259-8300 | Bloomfield Hills, MI 48304 |
| | (248) 203-0526 |

---

**STIPULATED ORDER OF DISMISSAL AS TO CERTAIN DEENDANTS**

    The parties, through their counsel, hereby stipulate to the dismissal of this action with prejudice and without costs as to: Oakwood Hospital and Medical Center – Dearborn Medical Staff, Oakwood Hospital and Medical Center – Dearborn

Credentialing Committee, Oakwood Hospital – Dearborn, and Board of Trustees of Oakwood Hospital and Medical Center only.

**SO ORDERED:**

DATED: May 19, 2006

S/ANNA DIGGS TAYLOR
UNITED STATES DISTRICT JUDGE

STIPULATED AND ACCEPTED:

KOTZ, SANGSTER, WYSOCKI and BERG, P.C.

By:   s/ Daniel J. McGlynn
Daniel J. McGlynn (P47678)
Attorneys for Plaintiffs
(313) 259-8300

DYKEMA GOSSETT PLLC

By:    s/ Howard B. Iwrey
Howard B. Iwrey  (P39635)
Attorneys for Oakwood Healthcare, Inc.,
Gerald Fitzgerald, Alan Dobzyniak, M.D.,
Yasser Hammoud, M.D. and J. Joseph Diederich
(248) 203-0526

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **May 19, 2006**.

s/Johnetta M. Curry-Williams
Case Manager

BH01\628484.1
ID\HBI