**C L O S E D**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL NESHEWAT, M.D. and SHAM
GUPTA, M.D.,

      Plaintiffs,                        Case No. 2:05-CV-74537

vs.                                        Honorable Anna Diggs Taylor

OAKWOOD HEALTHCARE, INC.,
OAKWOOD HOSPITAL AND MEDICAL
CENTER – DEARBORN MEDICAL
STAFF, OAKWOOD HOSPITAL AND
MEDICAL CENTER – DEARBORN
CREDENTIALING COMMITTEE,
OAKWOOD HOSPITAL-DEARBORN,
BOARD OF TRUSTEES OF OAKWOOD
HOSPITAL AND MEDICAL CENTER,
GERALD FITZGERALD, ALAN
DOBZYNIAK, M.D., YASSER
HAMMOUD, M.D., KAREN CHAPEL,
M.D., J. JOSEPH DIEDERICH AND JOHN
DOES 1-10,

      Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

      At a session of said Court held in the Theodore Levin U.S. Courthouse, City of Detroit, County of Wayne, State of Michigan on: May 15, 2006

PRESENT:  Honorable Anna Diggs Taylor
                  United States District Judge

    The Court, having received and considered the Defendants' Motion to Dismiss and Memorandum of Law [Doc. #4] in support thereof, Plaintiffs' Memorandum of Law in Opposition to the foregoing Motion to Dismiss and Defendants' Reply in Support of

the foregoing Motion to Dismiss, and having heard oral argument on May 15, 2006, for the reasons set forth on the record,

    HEREBY ORDERS THAT:

    Pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. 58 and E.D. Mich. Rule 58.1, the Complaint filed in the above-captioned matter is dismissed with prejudice in its entirety. This Order constitutes a final judgment in the above-captioned matter.

                  **SO ORDERED:**

DATED: May 22, 2006        S/ANNA DIGGS TAYLOR
                                   UNITED STATES DISTRICT JUDGE

STIPULATED AND ACCEPTED:

KOTZ, SANGSTER, WYSOCKI and BERG, P.C.

By:__s/ Daniel J. McGlynn_____

Daniel J. McGlynn (P47678)
Attorneys for Plaintiffs
(313) 259-8300

DYKEMA GOSSETT PLLC

By:____s/ Howard B. Iwrey_____
Howard B. Iwrey (P39635)
Attorneys for Oakwood Healthcare, Inc.,
Gerald Fitzgerald, Alan Dobzyniak, M.D.,
Yasser Hammoud, M.D. and J. Joseph Diederich
(248) 203-0526

| CERTIFICATE OF SERVICE |
|---|
| The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **May 22, 2006**.<br><br>        s/Johnetta M. Curry-Williams<br>                Case Manager |

BH01\628773.1
ID\HBI